THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK MICHAEL MEGARO, on Behalf of ELVIRA CACACE, Petitioner, v MICHAEL J. SPOSATO, Respondent. [934 NYS2d 726]—

The determination of the District Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Skelos, J.P., Hall, Austin and Miller, JJ., concur.